**SEALED**



UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON

UNITED STATES OF AMERICA

v.                              CASE NUMBER: 3:20-mj-00037

SILAS THORNTON KING

### SEALED MOTION TO SEAL

Comes now the United States of America by Courtney Cremeans, Assistant United States Attorney for the Southern District of West Virginia, and moves this Court to seal the Criminal Complaint, Arrest Warrant, this Sealed Motion and Order, in order to allow for the arrest of the defendant in this matter. The United States also moves this Court to authorize disclosure of the arrest warrant, or its existence, to such law enforcement agencies as are necessary to effect the arrest.

Respectfully submitted,

MICHAEL B. STUART
United States Attorney

/s/Courtney Cremeans
Courtney Cremeans
Assistant United States Attorney
WV Bar No. 13386
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone: 304-345-2200

```
                              Fax:   304-347-5780
                              Email: Courtney.cremeans@usdoj.gov
```