AO 91 (Rev. 11/11) Criminal Complaint

**SEALED**

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br>Silas Thornton King<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Case No. 3:20-mj-00037 |

**FILED** JUL 1 0 2020
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __Silas Thornton King__ in the county of __Cabell__ in the __Southern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Transmit in interstate commerce a communication containing a threat to injure the person of another |

This criminal complaint is based on these facts:
See attached

☑ Continued on the attached sheet.

*T.A.B*
*Complainant's signature*

S.A. Todd A. Berry
*Printed name and title*

Sworn to before me and signed by telephonic means.

Date: 07/10/2020

*Judge's signature*

City and state: Huntington, West Virginia

Cheryl A. Eifert, United States Magistrate Judge
*Printed name and title*